The People of the State of New York, Respondent, v Fateen Naji, Appellant. [890 NYS2d 887]

Concur—Gonzalez, P.J., Moskowitz, DeGrasse, Manzanet-Daniels and Roman, JJ.

The People of the State of New York, Respondent, v Doniell Rawlings, Appellant. [889 NYS2d 450]

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). We do not find the police account of the incident implausible. Concur—Gonzalez, P.J., Moskowitz, DeGrasse, Manzanet-Daniels and Roman, JJ.